UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROY LEE WILLIAMS | CIVIL ACTION NO. 09-0191-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN JERRY GOODWIN | MAGISTRATE JUDGE HORNSBY |

CONSOLIDATED WITH

| | |
|---|---|
| ROY LEE WILLIAMS | CIVIL ACTION NO. 09-0242 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN JERRY GOODWIN | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus be **DENIED AND DISMISSED WITH PREJUDICE**, sua sponte, because it is time-barred by the one-year limitation period imposed by the AEDPA.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional

right.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 28th day of December, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE